# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARY SCOTT MORELAND; individually; <br><br> REBECCA JANE NICHOLS; individually; and <br><br> REBECCA JANE NICHOLS, on behalf of and as next of J.W.S., ▮▮▮▮▮▮ <br><br>     Plaintiffs, <br><br> v. <br><br> BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF MAYES, a political subdivision; <br><br> CITY OF CHOUTEAU, a political subdivision; <br><br> BRETT ALAN MULL, individually; and <br><br> KEISHA OBERG, individually, <br><br>     Defendants. | Case No. 4:20-CV-366-JED-FHM |

This form must be filed by the removing party at the time of filing the notice of removal or within five (5) days of the filing of the notice of removal in the U.S. District Court. *Note:* Additional sheets may be used as necessary.

**I.**    **State Court Information**

| | | |
|---|---|---|
| Identify the court from which the case is being removed. | Court: | Mayes County |
| Specify the number assigned to the case in that court. | Number: | CV-2019-72 |

**II.**    **Style of the Case**

Include all termed/dismissed and pending Plaintiff(s), Defendant(s), Intervenor(s), Counter-Claimant(s), Counter-Defendant(s), Cross-Claimant(s), Cross-Defendant(s), Third-Party Plaintiff(s), and Third-Party Defendant(s). Indicate the party type and the attorney(s) of record for each party.

| Parties | Party Type | Attorneys of Record <br> (OBA #, Law Firm & Address, 10-Digit Phone #) |
|---|---|---|
| Gary Scott Moreland <br> Rebecca Jane Nichols, Individually <br> Rebecca Jane Nichols, on behalf of and as next of J.W.S. | Plaintiffs | Brendan M. McHugh, OBA #18422 <br> P.O. Box 1392, Claremore, OK 74018, (918) 608-0111; Dana Jim, OBA #19495, P.O. Box 1011, Vinita, OK 74301, (918) 457-6626 |

| | | |
|---|---|---|
| Brett Alan Mull | Defendant | Robert S. Lafferrandre, OBA #11897<br>Jeffrey C. Hendrickson, OBA #32798<br>Pierce Couch Hendrickson<br>Baysinger & Green, L.L.P.<br>1109 N. Francis Ave.<br>Oklahoma City, Oklahoma<br>(405) 235-1611 |
| Board of County Commissioners of Mayes County<br><br>Keisha Oberg | Defendants | Ambre C. Gooch, OBA #16586<br>Collins Zorn Wagner, P.C.<br>429 N.E. 50th Street, Second Floor<br>Oklahoma City, Oklahoma<br>(405) 524-2070 |
| City of Chouteau | Defendant | Jason A. Robertson, OBA #17696<br>Pierce Couch Hendrickson<br>Baysinger & Green, L.L.P.<br>907 S. Detroit Ave.<br>Tulsa, Oklahoma<br>(918) 583-8100 |

**III.    Jury Demand**

Was a Jury Demand made in State Court?    ☒ Yes    ☐ Yes, but rescinded    ☐ No

| Requesting Party(ies) | Date of Request |
|---|---|
| Plaintiff | August 20, 2019 |
| | |

**IV.    Complaints, Counter-Claims, Cross-Claims, Third Party Complaints, and Intervenor Complaints**

List all complaint-type documents (Complaints, Amended Complaints, Counter-Claims, Amended Counter-Claims, Cross-Claims, Amended Cross-Claims, Third-Party Complaints, Amended Third-Party Complaints, Intervenor Complaints, and Amended Intervenor Complaints) filed in State Court. Indicate filing party(ies), against whom, and date filed.

| Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Petition | Plaintiffs | Defendants | 08/20/2019 |
| | | | |
| | | | |

**V.     Unserved Parties**

List parties not served at time of case removal.

| Unserved Party(ies) | Reason(s) for No Service |
|---|---|
| N/A | N/A |

**VI.    Answer**

Was an Answer made in State Court?     Yes ☒     No ☐

If **Yes**, indicate document answered, filing party(ies), and date filed.

| Document Answered | Filing Party(ies) | Date Filed |
|---|---|---|
| Petition | Defendant City of Chouteau | 07/20/2020 |

**VII.   Nonsuited, Dismissed or Terminated Parties**

List party(ies) nonsuited, dismissed or terminated from the State Court action. Indicate date of termination/dismissal.

| Nonsuited, Dismissed or Terminated Party(ies) | Date Terminated/Dismissed |
|---|---|
| N/A | N/A |

**VIII.  Remaining Claims of the Parties**

List all pending complaint-type documents from Section IV. Indicate filing party(ies), against whom and date filed.

| Pending Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Petition | Plaintiffs | Defendants | 08/20/2019 |

**IX.    Pending Motions**

List all contested pending motions. Indicate filing party(ies) and date filed.

| Pending Motions | Filing Party(ies) | Date Filed |
|---|---|---|

| | | |
|---|---|---|
| N/A | N/A | N/A |

| | |
|---|---|
| Removing Party(ies): | **Defendant Brett Alan Mull** |
| Attorney Signature: | s/ Robert S. Lafferrandre     s/ Jeffrey C. Hendrickson |
| Printed Name: | Robert Stevens Lafferrandre     Jeffrey Calvin Hendrickson |
| OBA Number: | 11897     32798 |
| Law Firm: | Pierce Couch Hendrickson Baysinger & Green, L.L.P. |
| Address: | 1109 N. Francis Ave. |
| City, State, Zip Code: | Oklahoma City, Oklahoma |
| 10-Digit Phone Number: | (405) 235-1611 |
| Facsimile: | (405) 235-2904 |
| Email Address: | rlafferrandre@piercecouch.com     jhendrickson@piercecouch.com |
| Removing Party(ies): | **Defendants Board of County Commissioners of Mayes County and Keisha Oberg** |
| Attorney Signature: | s/ Ambre C. Gooch |
| Printed Name: | Ambre Camille Gooch |
| OBA Number: | 16586 |
| Law Firm: | Collins Zorn & Wagner, P.C. |
| Address: | 429 N.E. 50th Street, Second Floor |
| City, State, Zip Code: | Oklahoma City, Oklahoma |
| 10-Digit Phone Number: | (405) 524-2070 |
| Facsimile: | (405) 524-2078 |
| Email Address: | acg@czwlaw.com |
| Removing Party(ies): | **Defendant City of Chouteau** |
| Attorney Signature: | s/ Jason A. Robertson |
| Printed Name: | Jason Allen Robertson |
| OBA Number: | 17696 |
| Law Firm: | Pierce Couch Hendrickson Baysinger & Green, L.L.P. |
| Address: | 907 S. Detroit Ave. |
| City, State, Zip Code: | Tulsa, Oklahoma |
| 10-Digit Phone Number: | (918) 583-8100 |

| | |
|---|---|
| Facsimile: | (918) 583-8107 |
| Email Address: | jrobertson@piercecouch.com |

## CERTIFICATE OF SERVICE

I hereby certify that on **July 28, 2020,** I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants who have entered their appearance or have been registered to receive such Notices in this case.

s/ Jeffrey C. Hendrickson
Jeffrey C. Hendrickson